Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−18839−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew McFadyen
   1034 Zircon Dr
   Toms River, NJ 08753−3044

Social Security No.:
   xxx−xx−0892

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        12/13/23
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 6, 2023
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Matthew McFadyen  
    Debtor

Case No. 23-18839-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Nov 06, 2023      Form ID: 132      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Matthew McFadyen, 1034 Zircon Dr, Toms River, NJ 08753-3044 |
| 520048285 | | Cap1/boscv, PO Box 4274, Reading, PA 19606-0674 |
| 520048297 | | NJHMFA, 637 S Clinton Ave, Trenton, NJ 08611-1811 |
| 520048304 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 SW Millikan Way St, Beaverton, OR 97005 |
| 520048305 | | Seterus, Inc., Attn: Bankruptcy, PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2023 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2023 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520048283 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 06 2023 21:01:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 520048284 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 06 2023 21:01:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520048287 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2023 21:10:12 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 520048286 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2023 21:10:21 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520048288 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2023 20:58:08 | Capital One Bank, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520048289 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 06 2023 20:58:02 | Citibank, NA, 701 E. 60 Street N, Sioux Falls, SD 57104-0432 |
| 520048290 | | Email/Text: documentfiling@lciinc.com | Nov 06 2023 21:01:00 | Comcast, PO Box 0196, Newark, NJ 07101-0196 |
| 520048291 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 06 2023 21:03:00 | Credit Collection Svcs, PO Box 447, Norwood, MA 02062-0447 |
| 520048292 | ^ | MEBN | Nov 06 2023 20:51:39 | Eastern Account System, 75 Glen Rd, Sandy Hook, CT 06482-1175 |
| 520048293 | | Email/Text: nculp@firstffcu.com | Nov 06 2023 21:03:00 | First Financial Fed Cu, PO Box 1172, Toms River, NJ 08754-1172 |
| 520048294 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 06 2023 21:03:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2023 | Form ID: 132 | Total Noticed: 30 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520048295 | | Email/Text: govtaudits@labcorp.com | Nov 06 2023 21:01:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520048296 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2023 21:10:14 | LVNV Funding, LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 520048299 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2023 21:01:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 520048300 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 06 2023 20:58:01 | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 520048298 | + | Email/Text: dnj@pbslaw.org | Nov 06 2023 21:01:00 | Pluese, Becker & Saltzman, LLC, 2000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4303 |
| 520048301 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2023 20:59:47 | Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520048302 | | Email/Text: bkteam@selenefinance.com | Nov 06 2023 21:01:00 | Selene Finance, Attn: Bankruptcy, PO Box 422039, Houston, TX 77242-4239 |
| 520048303 | | Email/Text: bkteam@selenefinance.com | Nov 06 2023 21:01:00 | Selene Finance Lp, 9990 Richmond Ave, Houston, TX 77042-4559 |
| 520048306 | | Email/Text: bnc-thebureaus@quantum3group.com | Nov 06 2023 21:02:00 | The Bureaus, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 520048307 | | Email/Text: bnc-thebureaus@quantum3group.com | Nov 06 2023 21:02:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 520048308 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 06 2023 21:01:00 | Verizon Wirelss, 2000 Corporate Dr, Orangeburg, NY 10962-2624 |
| 520053151 | + | Email/Text: RASEBN@raslg.com | Nov 06 2023 21:01:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2023 at the address(es) listed**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2023 | Form ID: 132 | Total Noticed: 30 |

below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society ajennings@raslg.com |
| Daniel E. Straffi | on behalf of Debtor Matthew McFadyen bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5