Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−18839−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew McFadyen
   1034 Zircon Dr
   Toms River, NJ 08753−3044

Social Security No.:
   xxx−xx−0892

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 29, 2024.

Dated: February 29, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-18839-MBK
Matthew McFadyen  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Feb 29, 2024      Form ID: plncf13      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Matthew McFadyen, 1034 Zircon Dr, Toms River, NJ 08753-3044 |
| 520048285 | | Cap1/boscv, PO Box 4274, Reading, PA 19606-0674 |
| 520048297 | | NJHMFA, 637 S Clinton Ave, Trenton, NJ 08611-1811 |
| 520048304 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 SW Millikan Way St, Beaverton, OR 97005 |
| 520048305 | | Seterus, Inc., Attn: Bankruptcy, PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 29 2024 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 29 2024 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520088674 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 21:19:45 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520048283 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 29 2024 21:19:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 520048284 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 29 2024 21:19:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520048287 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 29 2024 21:31:33 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 520048286 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 29 2024 21:18:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520048288 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 29 2024 21:18:49 | Capital One Bank, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520048289 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 21:31:50 | Citibank, NA, 701 E. 60 Street N, Sioux Falls, SD 57104-0432 |
| 520048290 | | Email/Text: documentfiling@lciinc.com | Feb 29 2024 21:19:00 | Comcast, PO Box 0196, Newark, NJ 07101-0196 |
| 520048291 | | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 29 2024 21:22:00 | Credit Collection Svcs, PO Box 447, Norwood, MA 02062-0447 |
| 520048292 | ^ | MEBN | Feb 29 2024 21:15:16 | Eastern Account System, 75 Glen Rd, Sandy Hook, CT 06482-1175 |
| 520048293 | | Email/Text: nculp@firstffcu.com | Feb 29 2024 21:22:00 | First Financial Fed Cu, PO Box 1172, Toms River, NJ 08754-1172 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: plncf13 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520048294 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 29 2024 21:22:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 520110199 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 29 2024 21:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520048295 | | Email/Text: govtaudits@labcorp.com | Feb 29 2024 21:21:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520074692 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 21:19:44 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520048296 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 21:18:59 | LVNV Funding, LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 520106152 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 29 2024 21:20:00 | PNC BANK N.A., 3232 NEWMARK RD, MIAMISBURG, OH 45342 |
| 520048299 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 29 2024 21:20:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 520048300 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 21:31:29 | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 520048298 | + | Email/Text: dnj@pbslaw.org | Feb 29 2024 21:21:00 | Pluese, Becker & Saltzman, LLC, 2000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4303 |
| 520048301 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 29 2024 21:31:50 | Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520048302 | | Email/Text: bkteam@selenefinance.com | Feb 29 2024 21:21:00 | Selene Finance, Attn: Bankruptcy, PO Box 422039, Houston, TX 77242-4239 |
| 520048303 | | Email/Text: bkteam@selenefinance.com | Feb 29 2024 21:21:00 | Selene Finance Lp, 9990 Richmond Ave, Houston, TX 77042-4559 |
| 520048306 | | Email/Text: bnc-thebureaus@quantum3group.com | Feb 29 2024 21:21:00 | The Bureaus, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 520048307 | | Email/Text: bnc-thebureaus@quantum3group.com | Feb 29 2024 21:21:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 520048308 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 29 2024 21:19:00 | Verizon Wirelss, 2000 Corporate Dr, Orangeburg, NY 10962-2624 |
| 520053151 | + | Email/Text: RASEBN@raslg.com | Feb 29 2024 21:20:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520110600 | + | Email/Text: bkteam@selenefinance.com | Feb 29 2024 21:21:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Mortgage Acquisition Trust, Selene Finance LP, 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, 130 Clinton Rd #202, FAIRFIELD |
| cr | *+ | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: plncf13 | Total Noticed: 35 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024           Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

**Name**               **Email Address**

Albert Russo
docs@russotrustee.com

Aleisha Candace Jennings
on behalf of Creditor Wilmington Savings Fund Society ajennings@raslg.com

Aleisha Candace Jennings
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOTINDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ajennings@raslg.com

Daniel E. Straffi
on behalf of Debtor Matthew McFadyen bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6