Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.:  23−18839−MBK
> Chapter:  13
> Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew McFadyen
   1034 Zircon Dr
   Toms River, NJ 08753−3044

Social Security No.:
   xxx−xx−0892

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 13, 2025.

Dated: January 13, 2025
JAN: wiq

> Jeanne Naughton
> Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Matthew McFadyen  
  Debtor

Case No. 23-18839-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Jan 13, 2025 | Form ID: plncf13 | Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Matthew McFadyen, 1034 Zircon Dr, Toms River, NJ 08753-3044 |
| 520048285 | | Cap1/boscv, PO Box 4274, Reading, PA 19606-0674 |
| 520048297 | | NJHMFA, 637 S Clinton Ave, Trenton, NJ 08611-1811 |
| 520048304 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 SW Millikan Way St, Beaverton, OR 97005 |
| 520048305 | | Seterus, Inc., Attn: Bankruptcy, PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520088674 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2025 20:52:17 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520048283 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 13 2025 20:45:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 520048284 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 13 2025 20:45:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520048287 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2025 20:52:51 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 520048286 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2025 20:52:46 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520048288 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2025 21:04:27 | Capital One Bank, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520048289 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2025 20:52:36 | Citibank, NA, 701 E. 60 Street N, Sioux Falls, SD 57104-0432 |
| 520048290 | | Email/Text: documentfiling@lciinc.com | Jan 13 2025 20:45:00 | Comcast, PO Box 0196, Newark, NJ 07101-0196 |
| 520048291 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 13 2025 20:46:00 | Credit Collection Svcs, PO Box 447, Norwood, MA 02062-0447 |
| 520048292 | ^ | MEBN | Jan 13 2025 20:42:50 | Eastern Account System, 75 Glen Rd, Sandy Hook, CT 06482-1175 |
| 520048293 | | Email/Text: nculp@firstffcu.com | Jan 13 2025 20:46:00 | First Financial Fed Cu, PO Box 1172, Toms River, NJ 08754-1172 |

Case 23-18839-MBK  Doc 40  Filed 01/15/25  Entered 01/16/25 00:13:33  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 13, 2025 | Form ID: plncf13 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 520048294 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 13 2025 20:46:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 520110199 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 13 2025 20:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520048295 | | Email/Text: govtaudits@labcorp.com | Jan 13 2025 20:46:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520074692 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2025 20:52:33 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520048296 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2025 20:52:10 | LVNV Funding, LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 520106152 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2025 20:45:00 | PNC BANK N.A., 3232 NEWMARK RD, MIAMISBURG, OH 45342 |
| 520048299 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2025 20:45:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 520048300 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2025 20:52:33 | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 520048298 | + | Email/Text: dnj@pbslaw.org | Jan 13 2025 20:46:00 | Pluese, Becker & Saltzman, LLC, 2000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4303 |
| 520048301 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 13 2025 20:52:09 | Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520048302 | | Email/Text: bkteam@selenefinance.com | Jan 13 2025 20:46:00 | Selene Finance, Attn: Bankruptcy, PO Box 422039, Houston, TX 77242-4239 |
| 520048303 | | Email/Text: bkteam@selenefinance.com | Jan 13 2025 20:46:00 | Selene Finance Lp, 9990 Richmond Ave, Houston, TX 77042-4559 |
| 520048306 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jan 13 2025 20:46:00 | The Bureaus, 650 Dundee Rd, Northbrook, IL 60062-2757 |
| 520048307 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jan 13 2025 20:46:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 520048308 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 13 2025 20:45:00 | Verizon Wirelss, 2000 Corporate Dr, Orangeburg, NY 10962-2624 |
| 520053151 | + | Email/Text: RASEBN@raslg.com | Jan 13 2025 20:45:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520110600 | + | Email/Text: bkteam@selenefinance.com | Jan 13 2025 20:46:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Mortgage Acquisition Trust, Selene Finance LP, 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, 130 Clinton Rd #202, FAIRFIELD |
| cr | *+ | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 13, 2025 | Form ID: plncf13 | Total Noticed: 35 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

**Name**              **Email Address**

Albert Russo
                     on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                     docs@russotrustee.com

Daniel E. Straffi
                     on behalf of Debtor Matthew McFadyen bkclient@straffilaw.com
                     g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
                     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kimberly A. Wilson
                     on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOTINDIVIDUALLY
                     BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST kimwilson@raslg.com

Kimberly A. Wilson
                     on behalf of Creditor Wilmington Savings Fund Society kimwilson@raslg.com

U.S. Trustee
                     USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7