UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

**Order Filed on January 29, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

McFadyen, Matthew

| | |
|---|---|
| Case No.: | 23-18839 |
| Hearing Date: | 1/29/2025 |
| Judge: | MBK |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 29, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____Matthew McFadyen_____and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

Pursuant to <u>Fed. R. Bankr. P. 2002(f)</u>, the Clerk shall notify all parties in interest of the entry of this order.

*rev. 6/19/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 23-18839-MBK
Matthew McFadyen                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 2
Date Rcvd: Jan 29, 2025                       Form ID: pdf903                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | Recipient Name and Address |
|----------|---------------------------|
| db | Matthew McFadyen, 1034 Zircon Dr, Toms River, NJ 08753-3044 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|--------------|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Matthew McFadyen bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOTINDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor Wilmington Savings Fund Society kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                    User: admin                           Page 2 of 2
Date Rcvd: Jan 29, 2025                Form ID: pdf903                      Total Noticed: 1
TOTAL: 7